UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

PATRICK DANIEL,

        Plaintiff,                Case No. 1:18-cv-508

v.                                       Honorable Paul L. Maloney

SHANE JACKSON et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee.


Dated: July 9, 2018                          /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             United States District Judge